UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 26-00973-KK-ADSx | Date: | March 4, 2026 |
|---|---|---|---|
| Title: | *Barinder Singh v. Kristi Noem et al.* | | |

Present: The Honorable  KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present    None Present

**Proceedings:**   (In Chambers) Order GRANTING Petitioner's Motion for Temporary Restraining Order [Dkt. 4]

On March 2, 2026, Petitioner filed a Motion for a Temporary Restraining Order ("Motion"). Dkt. No. 4, Motion. On March 3, 2026, Respondents filed their Response to Petitioner's Motion. Dkt. No. 10, Response.

Respondents do not contest Petitioner's membership in the Bond Eligible Class in *Maldonado Bautista v. Santacruz*, No. EDCV 25-01873-SSS-BFMx ("*Bautista*"). Thus, consistent with the Final Judgment in *Bautista*, Petitioner is entitled to an individualized bond hearing. *See Bautista v. Santacruz*, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), judgment entered sub nom., *Maldonado Bautista v. Noem*, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). Petitioner's Motion is therefore **GRANTED,** and the Court **ORDERS** the following:

- Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order;
- Respondents are enjoined from transferring, relocating, or removing Petitioner from the Central District of California without further order of the Court and pending final resolution of this litigation;
- Respondents are to provide the Immigration Judge conducting the individualized bond hearing with a copy of this Order; and
- The parties shall submit a Joint Status Report by Tuesday, March 11, 2026, as to whether Petitioner has received a bond hearing, the outcome of the bond

hearing, Respondents' compliance with this Order, and whether the habeas petition has been rendered moot.

Failure to comply with this Order will result in sanctions.

**IT IS SO ORDERED**.