JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BARINDER SINGH,

                Petitioner,

                v.

KRISTI NOEM, et al.,

                Respondents.

Case No. 5:26-cv-00973 ADS

JUDGMENT

Pursuant to the Order Granting Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  May 12, 2026

                        /s/ Autumn D. Spaeth
                THE HONORABLE AUTUMN D. SPAETH
                United States Magistrate Judge